UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62633-CIV-COOKE/TORRES

DANIEL DARVALICS,

    Plaintiff,

v.

HOUSE OF DELAROSA LLC, a Florida limited liability company, and
JUDITH GREENBERG, individually,

    Defendants.

### PLAINTIFF'S NOTICE OF FILING STATEMENT OF CLAIM

Plaintiff, DANIEL DARVALICS (hereinafter as "Plaintiff"), individually and on behalf of all others similarly situated, in accordance with the Court's Order [DE 5] requiring Plaintiff file a Statement of Claim, hereby files this Statement of Claim, and states as follows:

1. Plaintiff was employed by Defendants HOUSE OF DELAROSA LLC and JUDITH GREENBERG (hereinafter collectively as "Defendants") from approximately June 2, 2013 to January 2014.

2. Plaintiff was being paid on an hourly basis, and was earning $13.00 per hour.

3. During this time, Plaintiff estimates[1] that Plaintiff worked approximately 232.417 hours of overtime that was paid as straight time by Defendants.

4. Therefore, Plaintiff is stating an overtime claim in the amount of $2,905.21 (232.417 x $6.25

---

[1] All calculations are an approximately of the Plaintiff's claim to the best of Plaintiff's ability. It is based on information and belief that Defendants maintain time records and Plaintiff will be requesting said documentation at the appropriate time. Plaintiff reserves the right to amend these calculations as more information becomes available.

      half-time rate x 2 for liquidated damages).

5.      Should Plaintiff be deemed the prevailing party in this matter, Plaintiff will seek reasonable attorneys' fees and costs of litigation at the appropriate time.

DATED: January 6, 2014

      Respectfully submitted,

      MILITZOK LAW, P.A.
*Attorneys for Plaintiff*
The Yankee Clipper Law Center
3230 Stirling Road, Suite 4
Hollywood, Florida 33021
(954) 780-8228 - Telephone
(954) 791-4456– Facsimile
bjm@militzoklaw.com

By: /s/ Brian Militzok
BRIAN J. MILITZOK, ESQ
Fla. Bar No.: 0069993

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Service List:

Steven L. Schwarzberg, Esq.
Schwarzberg & Associates
Phillips Point, East Tower
777 South Flagler Drive, Suite 1120E
West Palm Beach, Florida 33401

/s/Brian J. Militzok
Brian J. Militzok