UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-62633-Civ-COOKE/TORRES

DANIEL DARVALICS,

    Plaintiff,

vs.

HOUSE OF DELAROSA LLC, a Florida
limited liability company, and JUDITH
GREENBERG, individually,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before me upon the Confidential Settlement Agreement ("Settlement Agreement") reached between the parties and their Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice ("Joint Motion for Approval") (ECF No. 23). I have reviewed the Joint Motion for Approval, the record, and the Settlement Agreement in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

In their Joint Motion for Approval, the parties request that the Court dismiss the case with prejudice following the approval of the Settlement Agreement, and retain jurisdiction of the matter to enforce the terms of the Settlement Agreement. Given that the parties have moved this Court for a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the Settlement Agreement, this Court shall retain jurisdiction of the matter to enforce the terms of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is **ORDERED and ADJUDGED** that the Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice (ECF No. 23) is **GRANTED**. The parties' Settlement Agreement is **APPROVED**. This case is **DISMISSED** *with prejudice*. This Court shall retain jurisdiction to enforce the terms of the Settlement

Agreement.  The Clerk of Court shall **CLOSE** this case.  All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers at Miami, Florida, this 9th day of March 2015.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*